# THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

### *JOE HOMER MARK v. AMY RABEAU*
Case No. 3:13-cv-00207 TMB

By:            THE HONORABLE TIMOTHY M. BURGESS

**PROCEEDINGS:**    **ORDER FROM CHAMBERS**

       Having reviewed Magistrate Judge McCoy's Initial Report and Recommendation on Respondent's Motion to Dismiss eight of the nine claims in Petitioner's amended 28 U.S.C. § 2254 petition of habeas corpus (Docket No. 39), and noting that no Objections were filed, the Court hereby adopts and accepts the Initial Report and Recommendation in its entirety. Consequently, Respondent's Motion to Dismiss eight of the nine claims in Petitioner's amended 28 U.S.C. § 2254 petition of habeas corpus , (Docket 27), is GRANTED.

       **IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: June 11, 2015